UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL SHANAHAN, et al.,

    Plaintiffs,

v.                                                Case No. 13-C-1269

THOMAS BUTLER, et al.,

    Defendants.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

    The Plaintiff seeks a brief extension of time to respond to the defendants' Motion to Dismiss its Complaint. Although the defendant opposes the motion, it will be granted and plaintiff will have until April 28, 2014 in which to respond. Plaintiff argues that the extension is necessitated by a natural disaster in counsel's neighborhood, as well as the birth of his first grandchild. It is unclear what the natural disaster consisted of, but given the limited relief requested (a one-week extension), the motion is granted. The Court will likely benefit from the argument in opposition to the motion and be better able to provide the parties with a more thorough explanation of the court's ruling on the motion.

    Therefore, the motion for an extension of time to file a response brief is granted and Plaintiff's time to respond is extended through April 28, 2014.

    Dated this   24th   day of April, 2014.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach, Chief Judge
                                                        United States District Court